FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 11  PM 3: 23

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOHN DAVID CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV505-053 |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that Administrative Law Judge ("ALJ") Gold erred in discounting his subjective complaints of non-exertional impairments and complaints as to the side effects of his medications. Plaintiff further contends that ALJ Gold erred in failing to credit the lay testimony of Plaintiff's employer.

A review of the record indicates that ALJ Gold did consider Plaintiff's subjective complaints of pain, dizzy spells, shortness of breath, and heart racing, but found that his complaints were not fully credible and were not supported by the objective medical evidence. The ALJ systematically articulated the "explicit and adequate reasons" for discrediting Plaintiff's subjective testimony as required in the Eleventh Circuit. See Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). Furthermore, the ALJ did not err in discounting Plaintiff's claims as to the side effects of certain medications; the medical

evidence of record simply does not confirm these complaints. Thus, ALJ Gold's determinations as to Plaintiff's alleged non-exertional impairments is supported by substantial evidence.

Finally, ALJ Gold did not err in failing to credit the testimony of Terry Culver, a lay witness who simply complimented Plaintiff's testimony as to his alleged non-exertional impairments. The ALJ explicitly found that Plaintiff's testimony, the primary evidence in support of his allegations of non-exertional impairments, was not credible. The ALJ's discrediting of Culver's testimony is clearly implied by the ultimate finding of no disability. See Tieniber v. Heckler, 720 F.2d 1251, 1254 (11th Cir. 1983). The decision of the ALJ is sufficient for the Court to determine that the finding of no disability is supported by substantial evidence.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 11th day of DECEMBER, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA